IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV324**

| | | |
|---|---|---|
| CONVERGENT ACQUISITIONS AND DEVELOPMENT, INC., *et al,* | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) ) | |
| CREDENT REAL ESTATE, INC., a California corporation; *et al* | ) ) ) | |
| Defendants. | ) ) | |

    This matter is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, a status conference will be held in Chambers. The parties are directed to appear for this conference on **Thursday, November 9, 2006 at 10:00 a.m.**

    It is so ordered.

Signed: October 20, 2006

Graham C. Mullen
United States District Judge